AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

FILED
HARRISBURG

APR - 1 2008

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **CURTIS BROWN** | ) Case No: 1:CR-01-315-01 |
| | ) USM No: 10907-067 |
| Date of Previous Judgment: November 17, 2003 | ) Jeffrey Weiner, Esquire |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   X  DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:       33                Amended Offense Level: _____
Criminal History Category:    IV                Criminal History Category: _____
Previous Guideline Range:  188  to  235  months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Under the sentencing guidelines effective 11/1/2007, marijuana amounts between 3,000 and 10,000 kilograms results in the same base offense level as originally calculated. A further reduction is not appropriate. (USSG § 1B1.10(a)(2)(B).) Defendant was held responsible for an amount of crack cocaine that did not exceed 500 kilograms (10,000 kilograms of marijuana) – a base offense level of 34.

Except as provided above, all provisions of the judgment dated  11/17/2003  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 1, 2008
                                              _____
                                                    Judge's signature

Effective Date: _____           Sylvia H. Rambo, United States District Judge
         (if different from order date)              Printed name and title