IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| USA v. Brown | : | Case Number 1:01-cr-315 |

## NOTICE OF FILING OF TRANSCRIPT

      Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter on ___8/18/2008_____. The parties have twenty-one (21) days to request redaction of the personal identifiers listed below by filing a Request for Redaction directly with the court reporter. The Request SHOULD NOT be filed with the Clerk's Office. If no such Request for Redaction is filed, the transcript may be made electronically available to the public without redaction after 90 calendar days. Any person needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. There is no charge to view the document at the clerk's office public terminal.

**Personal Identifiers:**
- social security numbers to the last four digits;
- financial account numbers to the last four digits;
- dates of birth to the year;
- names of minor children to the initials; and
- home addresses to the city and state (criminal cases only).

                                                             _____s/mep_____
                                                             Deputy Clerk

Date:_____8/18/2008_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE TO MEMBERS OF THE BAR/PRO SE PARTIES

**Judicial Conference Policy with Regard to the Electronic Availability
of Transcripts of Court Proceedings**

Effective May 12, 2008, the U.S. District Court, Middle District of Pennsylvania, in accordance with Judicial Conference Policy and amendments to Federal Rule of Civil Procedure 5.2 and Federal Rule of Criminal Procedure 49.1, will implement the following policy regarding official court transcripts:

1. A transcript provided to the court by a court reporter or transcriber will be available at the Clerk's Office, for inspection only, for a period of 90 days after it is filed. The transcript may NOT be copied nor reproduced by the Clerk's Office for a period of 90 days.

2. During the 90-day period, a copy of the transcript may be obtained from the court reporter or transcriber at the rate established by the Judicial Conference. The transcript will be available at the public terminal at the Courthouse and electronically available only to attorneys of record who have purchased a copy from the court reporter.

3. After the 90-day period has ended, the transcript will be available for copying in the Clerk's Office and remotely through PACER to view, download or print a copy at .08 cents per page or from the Clerk's Office public terminal at a rate of .10 cents per page.

4. Contract Court Reporters shall call the Clerk's Office for instructions on how to electronically file the original transcript in the court's ECF system. A login and password will be provided to the contract court reporter.

Note: This policy applies to transcripts of events taking place in the court's courtrooms, not depositions taken outside of court or proceedings of state courts or other jurisdictions. This policy establishes a procedure for counsel to request the redaction from the transcript of specific personal data identifiers before the transcript is made electronically available to the general public.
Counsel are strongly urged to share this notice with their clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting rests solely with counsel and the parties. Neither the Clerk nor the Court Reporter will review transcripts for compliance with this policy.

<u>Redaction Request:</u>
If a redaction is requested, counsel must file with the Court Reporter a Request for Redaction (form attached) within 21 days from the filing of the transcript, indicating where the personal identifiers appear in the transcript by page and line number. The Request for Redaction should not be electronically filed in the court's ECF system nor filed on paper in the Clerk's Office. The Request for Redaction must be e-mailed to the court reporter. Court Reporters' names, telephone numbers, and e-mail addresses are listed on the next page.

Note: This procedure is limited to the redaction of the specific personal data identifiers listed below:

- social security numbers to the last four digits;
- financial account numbers to the last four digits;
- dates of birth to the year;
- names of minor children to the initials; and
- home addresses to the city and state (criminal cases only).

Requests for Additional Redactions:
If counsel would like to request further redactions, in addition to those personal identifiers listed above, counsel must move the Court by filing a separate Motion to Redact Additional Items from Transcript, within the 21-day Request for Redaction time period. Until the Court has ruled on any such motion, the transcript will not be electronically available, even if the 90-day restriction period has ended.

Remote Public Access to Transcripts:
If a redacted transcript is filed with the Court, that redacted transcript will be electronically available through PACER after 90 calendar days from the date of filing of the original transcript and the original transcript will not be made publicly available. If the original transcript is filed without redaction, that original transcript will be electronically available through PACER after 90 calendar days.

PACER Fees:
PACER fees will be applied both during and after the 90-day restriction period. Charges will not be capped at 30 pages as they are for other court documents, but will accrue for the entire transcript. The user will incur PACER charges for each time the transcript is accessed even though he/she may have purchased it from the court reporter and obtained electronic access through CM/ECF. There is no "free look" for transcripts.

## Court Reporters

| Name | Phone Number | Email Address |
| --- | --- | --- |
| Armstrong,Wesley J. | (717) 542-5569 | Wesley_Armstrong@pamd.uscourts.gov |
| Boyanowski,Laura | (570) 332-6114 | Laura_Boyanowski@pamd.uscourts.gov |
| Fausnaught,Lori A. | (570) 323-6704 | Lori_Fausnaught@pamd.uscourts.gov |
| Gilbride,Diana | (570) 348-0869 | Diana_Gilbride@pamd.uscourts.gov |
| Halko,Suzanne A. | (570) 341-6703 | Suzanne_Halko@pamd.uscourts.gov |
| Shuey,Lori A. | (717) 215-1270 | Lori_Shuey@pamd.uscourts.gov |
| Steinbach,Joan D. | (570) 772-5769 | Joan_Steinbach@pamd.uscourts.gov |
| Yeager,Kristin L. | (570) 344-1323 | Kristin_Yeager@pamd.uscourts.gov |
| Yinger,Wendy C. | (717) 440-1535 | Wendy_Yinger@pamd.uscourts.gov |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| vs. | :<br>:<br>:<br>:   Case No. :<br>:<br>:<br>: |

**REDACTION REQUEST**

Now comes _____ and gives this Redaction Request. The Redaction Policy requires redaction of the following personal identifiers from the transcripts made electronically available:

| Personal Identifier Number (to be used in Redaction Chart Below): | Identifier Description |
|---|---|
| 1 | Social Security numbers to the last four digits, |
| 2 | Financial account numbers to the last four digits, |
| 3 | Dates of birth to the year, |
| 4 | Names of minor children to the initials, and |
| 5 | Home addresses to the city and state. |

It is requested that consistent with the Policy, the following information be redacted prior to the transcript being made electronically available.

| Document # of Transcript | Page | Line(s) | Personal Identifier Number (1 - 5 from above) | Redaction Requested (Example: SSN xxx-xx-9999) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

The undersigned understands that redactions other than the personal identifiers listed in the Policy requires a separate Motion to Redaction Additional Items from Transcript be filed within 21 days of the filing of the transcript and requires court approval.

s/ _____

Note: *This Redaction Request should NOT be filed electronically with the Court nor should it be filed on paper in the Clerk's Office. This document should be e-mailed to the Court Reporter. A listing of Court Reporters can be found in the Court's Transcript Policy.*