AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

FILED
HARRISBURG, PA

SEP - 2 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

United States of America )
v. )
**CURTIS BROWN** )
) Case No:   1:CR-01-315-01
) USM No:   10907-067
Date of Previous Judgment: November 17, 2003 ) Jeffrey Weiner, Esquire
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### AMENDED Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   120   months **is reduced to**   96 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33           Amended Offense Level:   31
Criminal History Category:   IV          Criminal History Category:   IV
Previous Guideline Range:   188  to  235  months     Amended Guideline Range:   151  to  188  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   The defendant was initially granted a 5K1.1 departure which is applicable to this motion.

**III. ADDITIONAL COMMENTS**
This defendant was originally sentenced solely on crack cocaine (150 gr. to 500 gr.). The March 28, 2008 addendum to the presentence report converted powder cocaine and crack cocaine to marijuana. This was incorrect. The sentencing transcript supports the fact that the defendant pled to the crack cocaine. The government concurs in this conclusion.

Except as provided above, all provisions of the judgment dated   11/17/2003   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   September 2, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Sylvia H. Rambo, United States District Judge
Printed name and title